IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON WALSH, | : |
| Plaintiff, | : |
| v. | : C. A. No. 1:20-cv-01527-MN |
| ROYAL IMPORTS INC., d/b/a NEWARK TOYOTAWORLD; PRICE NEW CASTLE INC., d/b/a PRICE TOYOTA; DIAMOND MOTOR SPORTS, INC., d/b/a PRICE HONDA; PRICE AUTOMOTIVE, INC., d/b/a PRICE ACURA; and GORDON FOURNARIS & MAMMARELLA PA, | : |
| Defendants. | : |

**STIPULATION OF DISMISSAL WITHOUT
PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiff, Jason Walsh, and Defendants Royal Imports Inc., d/b/a Newark Toyotaworld; Price New Castle Inc., d/b/a Price Toyota; Diamond Motor Sports, Inc., d/b/a Price Honda; Price Automotive, Inc., d/b/a Price Acura; and Gordon Fournaris & Mammarella PA, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the above-captioned matter is DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| **SMITH KATZENSTEIN JENKINS LLP** | **DILWORTH PAXSON LLP** |
| By: */s/ Laurence C. Cronin* | By: */s/ Thaddeus J. Weaver* |
| Laurence V. Cronin (Id. No. 2385) | Thaddeus J. Weaver (Id. No. 2790) |
| 1000 West Street, Suite 1501 | One Customs House |
| Wilmington, DE 19801 | 704 King Street, Suite 500 |
| (302) 652-8400 (telephone) | P.O. Box 1031 |
| (302) 652-8405 (facsimile) | Wilmington, DE 19899 |
| lvc@skjlaw.com | (302) 571-8867 (telephone) |

1

|  |  |
|---|---|
| | (302) 655-1480 (facsimile) |
| | tweaver@dilworthlaw.com |
| *Attorneys for Plaintiff Jason Walsh* | *Attorneys for Plaintiff Jason Walsh* |
| **MCCOLLOM D'EMILIO SMITH UEBLER LLC** | **LAW OFFICES OF JEFFREY M. WEINER, PA** |
| By: */s/ Thomas A. Uebler* | By: */s/ Jeffrey M. Weiner* |
| Thomas A. Uebler (Id. No. 5074) | Jeffrey M. Weiner (Id. No. 403) |
| 2751 Centerville Road, Suite 401 | 1332 King Street |
| Wilmington, DE  19808 | Wilmington, DE  19801 |
| (302) 468-5963 (telephone) | (302) 652-0505 (telephone) |
| (302) 691-6834 (facsimile) | (302) 652-7824 (facsimile) |
| tuebler@mdsulaw.com | legalw@aol.com |
| *Attorneys for Defendants Royal Imports, Inc.; Price Toyota; Price Honda; and Price Acura* | *Attorneys for Defendant Gordon Fournaris & Mammarella PA* |

122127153v1